UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

GERTRUDE GOROD, Plaintiff

vs.

MASSACHUSETTS GENERAL HOSPITAL
DR. WILLIAM BINDER
JAMES W. McCARTHY
ERIK NORENIKA
SUSAN WARCHAL
DIPLOMAT
CARUSO MUSIC
LAWRENCE CARUSO, Defendants

**COMPLAINT**

**Parties**

1.) The plaintiff, Gertrude Gorod is a resident of the Commonwealth of Massachusetts and is a citizen of the United States of America.

2.) The defendant, Massachusetts General Hospital is located at 55 Fruit Street Boston, Massachusetts 02114.

3.) The defendant, Dr. William Binder is employed at the Massachusetts General Hospital in the Emergency Medicine. It is unknown to the plaintiff if the defendant is a citizen of the United States of America.

4.) The defendant, James W. McCarthy is employed at the Massachusetts General Hospital. It is unknown to the plaintiff if the defendant is a citizen of the United States of America.

- 1 -

5.) The defendant, Erik Norenika is employed at the Massachusetts General Hospital. It is unknown to the plaintiff, if the defendant is a citizen of the United States of America.

6.) The defendant, Susan Warchal is employed as a nurse in the Massachusetts General Hospital. It is unknown to the plaintiff if the defendant is a citizen of the United States of America.

7.) The defendant, Diplomat is located at 334 Broadway in Saugus Massachusetts 01906.

8.) The defendant, Caruso Music is located at 579 Muntauk Avenue in New London, Connecticut 06320.

9.) The defendant, Lawrence Caruso is located at 579 Muntauk Avenue New London, Connecticut 06320. It is unknown to the plaintiff if the defendant is a citizen of the United States of America.

### Jurisdiction

10.) This court has jurisdiction over this matter. Plaintiff's United States Constitutional Rights were violated, plaintiff's Civil Rights were violated. Plaintiff is a senior and she was abused leaving permanent scars and bruises on her body, also jurisdiction over this matter pursuant to 28 U.S.C. § 1331 et seq.

**CAUSE OF ACTION**

11.) April 28. 2002, the plaintiff, Gorod went to the Diplomat, when she entered the entrance the marble floor was wet and due to the negligence of the defendant, Gorod fell severely injuring her back and head.

12.) Gorod was immediately taken by ambulance to the Massachusetts General Hospital where she was abused and received two hundred and five x-rays, in spite of the fact, that she did not want any x-rays until she had consulted with her own physician.

13.) Defendant, Susan Warchal pulled up Gorod's clothes exposing her breasts and displaying them to defendants, James W. McCarthy and Erik Norenika then they went into fits of laugher.

14.) Defendant, Dr. William Binder ordered that the plaintiff's head, be bent down which was giving the plaintiff, Gorod severe pain in her head and causing her blood pressure to go high up, also gave medication that had increased the blood pressure higher. Gorod said "I WANT TO LEAVE THIS HOSPITAL IMMEDIATELY". Dr. Binder ordered individuals out and said "he was going to order Gorod into a mental institution".

15.) Defendant, Dr. Binder ordered that Gorod's ankles and wrists be restrained causing bleeding on the plaintiff's wrists and ankles leaving permanent bruising on ankles. Forcefully holding the plaintiff Gorod against her will causing her severe body harm and suffering.

16.) Gorod could not go to a bathroom because of her wrists and ankles were locked in medal buckles and although she informed defendants she had to go to the bathroom, she was completely

- 3 -

ignored, after hours of being ignored, she again informed defendant Dr. Binder that she wanted to leave the hospital immediately or she would be forced to wet the bed. Dr. Binder held the plaintiff as a prisoner and would not let her leave the hospital.

## PUBLIC INTEREST

17.) The Public Interest is involved in this action. The public should not be subjected to the malicious treatment when they enter a hospital. The hospital has no right to have in their employ individuals that treat patients with malice, and have their patients unable to work for the rest of their lives, and hold people as prisoners.

## RELIEF FROM THE COURT

18.) **WHEREFORE,** the plaintiff requests the honorable court to grant her the following relief:

19.) Massachusetts General Hospital — Damages, Pain and Suffering and Mental Distress, and held as a prisoner, in the sum of $4,000,000.00, and the sum of $4,000,000.00 in Punitive Damages

20.) Dr. William Binder — Damages, Pain and Suffering and Mental Distress, and held as a prisoner, in the sum of $10,000,000.00 and the sum of $10,000,000.00 in Punitive Damages.

21.) James W. McCarthy — Damages, Pain and Suffering and Mental Distress in the sum of $4,000,000.00 and the sum of $4,000,000.00 in Punitive Damages.

22.) Erik Norenika — Damages, Pain and Suffering and Mental Distress in the sum of $4,000,000.00 and the sum of $4,000,000.00 in Punitive Damages.

23.) Susan Warchal — Damages, Pain and Suffering and violating plaintiff's privacy in the sum of $8,000,000.00 and sum of $8,000,000.00 in Punitive Damages.

23.) Diplomat / Caruso Music / Lawrence Caruso — Damages, Pain and Suffering and Mental Distress in the sum of $1,000,000.00.

24.) Any other remedies the Honorable Court deems appropriate.

25.) The plaintiff requests trial by jury.

26.) Therefore, it is prayed that the plaintiff will be granted the relief she seeks.

By,

*Gertrude Gorod*
P.O. Box 856
Everett, Ma 02149

JS 44
(Rev. 07/86)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**

GERTRUDE GOROD

**DEFENDANTS** MASSACHUSETTS GENERAL HOSPITAL
DR. WILLIAM BINDER, JAMES McCARTHY
ERIK NORENIKA, SUSAN WARCHAL, DIPLOMAT
CARUSO MUSIC, AND LAWRENCE CARUSO

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF MIDDLESEX
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT SUFFOLK
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

PRO SE
P.O. BOX 856
EVERETT, MA 02149

781-322-8223

ATTORNEYS (IF KNOWN)

05-10842

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

FALL AND MALPRACTICE ABUSING PLAINTIFF, VIOLATION OF CONSTITUTIONAL RIGHTS, CIVIL RIGHTS, HOLDING PLAINTIFF IN THE HOSPITAL AS A PRISONER.

**V. NATURE OF SUIT** (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☒ 362 Personal Injury—Med Malpractice | ☐ 620 Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 630 Liquor Laws | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury—Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 690 Other | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC (405(g)) / ☐ 863 DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 Habeas Corpus | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 790 Other Labor Litigation | |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | | | ☐ 890 Other Statutory Actions |

**VI. ORIGIN** (PLACE AN x IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23  **DEMAND $** $31,000,000,000.00 PLUS   Check YES only if demanded in complaint:  **JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions) PUNITIVE DAMAGES  JUDGE _____ DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD
Gertrude Gorod, Pro Se

UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (name of first party on each side only) GERTRUDE GOROD
   _____MASS. GENERAL HOSPITAL DR. WILLIAM BINDER_____

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT LISTED IN THE CIVIL COVER SHEET: (SEE LOCAL RULE 8(a) 04

   _____ I. - 160, 410, R.23, regardless of nature of suit.

   _____ II. - 195, 368, 400, 440, 441-444, 540, 550,
              710, 720, 730, 740, 790, 791, 820, 830,
              840, 850, 890, 892-894, 895, 950.

   360
   362 III. - 110, 120, 130, 140, 151, 190, 210, 230,
              240, 245, 290, 310, 315, 320, 330, 340,
              345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

   _____ IV. _ 220, 422, 423, 430, 460, 510, 530, 610,
              620, 630, 640, 650, 660, 690, 810, 861-865,
              870, 871, 875, 900.

   _____ V. - 150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES (see Local Rule 8(d)
        NONE

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT? NO

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS, AFFECTING THE PUBLIC INTEREST? YES
   IF SO, IS THE US OR AN OFFICER, AGENT OF EMPLOYEE OF THE US A PARTY? NO
   (see 28 USC 2403)

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284? NO

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE WESTERN SECTION OF THE DISTRICT OF MASSACHUSETTS IN THE COUNTIES OF: NO

        Berkshire, Franklin, Hampden, and Hampshire

   DO THE ONLY PARTIES IN MASSACHUSETTS RESIDE IN THE WESTERN SECTION?

                YES_____    NO   X

   IF ANY OF THE PARTIES ARE THE US, THE COMMONWEALTH OF MASS, OR ANY GOVERNMENTAL AGENCY OF EITHER THE US OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE WESTERN SECTION OF THE DISTRICT_____ NO

(Please Print)
XXXXXXXX Name____GERTRUDE GOROD PRO SE____

Address____P.O. BOX 856 EVERETT, MA 02149____

Telephone No.____781 322-8223____