AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

FIRST _____ DISTRICT OF _MASSACHUSETTS_

GERTRUDE GOROD

**SUMMONS IN A CIVIL ACTION**

V.

MASSACHUSETTS General Hospital
DR. WILLIAM BINDER
JAMES McCARTHY
ERIK NORENIKA
SUSAN WARCHAL
DIPLOMAT
CARUSO MUSIC
LAWRENCE CARUSO,

CASE NUMBER:

# 05 - 10842 WGY

TO: (Name and Address of Defendant)
DR. WILLIAM BINDER
c/o MASSACHUSETTS General HOSPITAL
EMERGENCY MEDICINE
55 Fruit Street
BOSTON, MA 02114

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

GERTRUDE GOROD
P.O. BOX 856
EVERETT, MA 02149

an answer to the complaint which is herewith served upon you, within __TWENTY__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



SARAH A. THORNTON
CLERK

4-26-05
DATE

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| UNITED STATES POSTAL SERVICE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): <u>CERTIFIED MAIL SEE: BELOW</u>

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    Date                    Signature of Server

                                            Address of Server

---

7004 2510 0004 0155 5940

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
Dr. William Binder
c/o Mass General Hospital
55 Fruit Street
Boston, MA 02114

A. Signature
X El Karim  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
APR 27 2005

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number (Transfer from service label): 7004 2510 0004 0155 5940

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Postage $ 0.60
Certified Fee 2.30
Return Receipt Fee (Endorsement Required) 1.75
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 4.65

Sent To: Dr. William Binder c/o Massachusetts General Hospital
Street, Apt No.; or PO Box No. 55 Fruit Street
City, State, ZIP+4 Boston, MA 02114