AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

FIRST _____ DISTRICT OF _____ MASSACHUSETTS _____

GERTRUDE GOROD

V.

MASSACHUSETTS GENERAL HOSPITAL
DR. WILLIAM BINDER
JAMES W. McCARTHY
ERIK NORENIKA
SUSAN WARCHAL
DIPLOMAT
CARUSO MUSIC
LAWRENCE CARUSO,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 05-10842 WGY

TO: (Name and Address of Defendant)

MASSACHUSETTS GENERAL HOSPITAL
c/o DR. WILLIAM BINDER
Emergency Medicine
55 FRUIT STREET
BOSTON, MA 02114

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Gertrude Gorod
P.O. Box 856
Everett, Ma 02149

an answer to the complaint which is herewith served upon you, within ___Twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



SARAH A. THORNTON

CLERK

BY

DATE 4-26-05

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| UNITED STATES POSTAL SERVICE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CERTIFIED MAIL SEE: BELOW

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
             Date                Signature of Server

_____
Address of Server

7004 2510 0004 0155 5957

Article Addressed to:
Mass. General Hospital
c/o Dr. William Binder
55 Fruit Street
Boston, MA 02114

APR 27 2005