AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

FIRST \_\_\_\_\_ DISTRICT OF MASSACHUSETTS

GERTRUDE GOROD

v.

MASSACHUSETTS GENERAL HOSPITAL
DR. WILLIAM BINDER
JAMES McCARTHY
ERIK NORENKIA
SUSAN WARCHAL
DIPLOMAT
CARUSO MUSIC
LAWRENCE CARUSO

TO: (Name and Address of Defendant)

JAMES McCARTHY
c/o MASSACHUSETTS GENERAL HOSPITAL
55 FRUIT STREET
BOSTON, MA 02114

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05 - 10842 WGY

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

GERTRUDE GOROD
P.O. BOX 856
EVERETT, MA 02149

an answer to the complaint which is herewith served upon you, within \_\_TWENTY\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SARAH A. THORNTON

CLERK

BY DEPUTY CLERK



4-26-05

DATE

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) UNITED STATES POSTAL SERVICE | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): certified mail see below

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
  Date                Signature of Server

  Address of Server

7004 2510 0004 0155 5858

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
James W. McCarthy
c/o Mass. General Hospital
55 Fruit Street
Boston, MA 02114

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Ed Burnet   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

APR 27 2005

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number (Transfer from service label): 7004 2510 0004 0155 5858

PS Form 3811, February 2004   Domestic Return Receipt

---

Sent To: James W. McCarthy
c/o Mass General Hospital
Street, Apt. No.; or PO Box No.: 55 Fruit Street
City, State, ZIP+4: Boston, MA 02114

Postage $ 0.60
Certified Fee 2.30
Return Receipt Fee (Endorsement Required) 1.75
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 4.65
Postmark Here APR 26 2005
04/26/05 Clerk:GK340W USPS UNIT ID: 0149

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE