AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FIRST District of MASSACHUSETTS

GERTRUDE GOROD
MASSACHUSETTS GENERAL HOSPITAL
DR. WILLIAM BINDER
JAMES McCARTHY
ERIK NORENKIA
SUSAN WARCHAL
DIPLOMAT
CARUSO MUSIC
LAWRENCE CARUSO

SUMMONS IN A CIVIL CASE

CASE NUMBER:
05 - 10842 WGY

TO: (Name and address of Defendant)

ERIK NORENKIA
c/o MASSACHUSETTS GENERAL HOSPITAL
55 FRUIT STREET
BOSTON, MA 02114

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GERTRUDE GOROD
P.O. BOX 856
EVERETT, MA 02149

an answer to the complaint which is served on you with this summons, within **TWENTY** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

4-26-05
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | |
| NAME OF SERVER (PRINT) UNITED STATES POSTAL SERVICE | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  CERTIFIED MAIL SEE BELOW

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date          Signature of Server

            Address of Server

---

7004 2510 0004 0155 5865

Article Addressed to:
Erik Norenberg
c/o Mass. General Hospital
55 Fruit Street
Boston, MA 02114

Signature: Ed Barnett
APR 27 2005
USPS
Certified Mail

Article Number: 7004 2510 0004 0155 5865

U.S. Postal Service CERTIFIED MAIL RECEIPT
Postage $0.60
Certified Fee $2.30
Return Receipt Fee $1.75
Total Postage & Fees $4.65
04/26/05