AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FIRST  District of  MASSACHUSETTS

GERTRUDE GOROD
MASSACHUSETTS GENERAL HOSPITAL
DR. WILLIAM BINDER
JAMES McCARTHY
ERIK NORENKIA
SUSAN WARCHAL
DIPLOMAT
CARUSO MUSIC
LAWRENCE CARUSO

SUMMONS IN A CIVIL CASE

CASE NUMBER:
05 - 10842 WGY

TO: (Name and address of Defendant)

ERIK NORENKIA
c/o MASSACHUSETTS GENERAL HOSPITAL
55 FRUIT STREET
BOSTON, MA 02114

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GERTRUDE GOROD
P.O. BOX 856
EVERETT, MA 02149

an answer to the complaint which is served on you with this summons, within  TWENTY  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

4-26-05
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| UNITED STATES POSTAL SERVICE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  CERTIFIED MAIL SEE BELOW

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
         Date            Signature of Server

_____
Address of Server

---

7004 2510 0004 0155 5865

SENDER: COMPLETE THIS SECTION
- Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
Erik Norenika
c/o Mass. General Hospital
55 Fruit Street
Boston, MA 02114

A. Signature  X Ed Burnett  ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   APR 27 2005
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type: USPS
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number (Transfer from service label):
7004 2510 0004 0155 5865

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Postage       $ 0.60
Certified Fee   2.30
Return Receipt Fee  1.75
Restricted Delivery Fee
Total Postage & Fees  $ 4.65   04/26/05

Sent To: Erik Norenika c/o Mass General Hospital
Street, Apt. No.: 55 Fruit Street
City, State, ZIP+4: Boston, MA 02114