UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-10842-WGY

| | |
|---|---|
| GERTRUDE GOROD,<br>    Plaintiff<br><br>v.<br><br>MASSACHUSETTS GENERAL<br>HOSPITAL, DR. WILLIAM BINDER,<br>JAMES W. MCCARTHY, ERIK<br>NORENIKA, SUSAN WARCHAL,<br>DIPLOMAT, CARUSO MUSIC,<br>LAWRENCE CARUSO,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION OF THE DEFENDANTS, MASSACHUSETTS GENERAL HOSPITAL, DR. WILLIAM BINDER, JAMES W. MCCARTHY, ERIK NORENIKA AND SUSAN WARCHAL, TO TRANSFER THE CLAIMS AGAINST THEM TO THE MASSACHUSETTS SUPERIOR COURT FOR THE PURPOSE OF CONVENING A MEDICAL MALPRACTICE TRIBUNAL

Now come the defendants, Massachusetts General Hospital, Dr. William Binder, James W. McCarthy, Erik Norenika and Susan Warchal, and hereby move pursuant to M.G.L. Ch. 231, §60B, that the claims against them be transferred to the Massachusetts Superior Court for the purpose of convening a Medical Malpractice Tribunal.

Respectfully submitted,

                                                Respectfully submitted,
                                                The Defendants,
                                                By their Attorney,

                                                Curtis R. Diedrich, BBO#555937
                                                Sloane & Walsh, LLP
                                                Three Center Plaza
                                                Boston, MA 02108
Dated: 5/17/05                                 (617) 523-6010

## CERTIFICATE OF SERVICE

I, Curtis R. Diedrich, hereby certify that on this __17__ day of May, 2005, I served a copy of the within by mailing a copy of same, postage prepaid, to the following:

Gertrude Gorod, Pro Se
P.O. Box 856
Everett, MA 02149

*/s/ Curtis R. Diedrich*
Curtis R. Diedrich

F:\Grace\CRD\New Cases Not Yet On S Drive\Gorod v. MGH, et al. - Motion for MMT in Sup. Ct. 5.16.05.doc