UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                                  Civil Action
                                                                                                  No: **05-10842-WGY**

**GERTRUDE GOROD**
Plaintiff

v.

**MASS GENERAL HOSPITAL, DR. WILLIAM BINDER,
JAMES W. McCARTHY, ERIK
NORENIKA, SUSAN WARCHAL
,DIPLOMAT, CARUSO MUSIC, LAWRENCE CARUSO**
Defendant


ORDER

**YOUNG, C.J.**

       Pursuant to the Order entered June 6, 2005, this case is hereby referred to the Massachusetts Superior Court for the purpose of convening a medical malpractice tribunal.

                                                                             **By the Court,**

                                                                             **/s/ Elizabeth Smith**

                                                                             **Deputy Clerk**

**June 8, 2005**

**To: All Counsel**