

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

SARAH A. THORNTON
 CLERK OF COURT

Medical Malpractice Tribunal
Massachusetts Superior Court
3 Pemberton Square
Civil Business Office
12th floor
Boston, MA 02108

Attention:  Ms. Phyllis Carangelo, Tribunal Clerk

Re:    Gorod v Mass General Hospital, et al

Civil Action No:    05-10842-WGY

Dear Ms. Carangelo:

    In accordance with an Order of this Court referring the above-entitled case for Medical Tribunal Hearing, please find certified copies of the complaint, answer, amendments (if any), and Order of Referral.

    Thank you for your attention to this matter.

                                Sincerely,


Date:    6/8/05                    /s/ Elizabeth Smith
                                Deputy Clerk


Enclosures



(Med Tribunal Letter.wpd - 3/7/2005)