05-10842-WGY   17

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                      SUPERIOR COURT
                                                  CIVIL ACTION
                                                  NO: 2005-2334E

**Gertrude Gorod**
         PLAINTIFF


         V.


Massachusetts General Hospital et al.
            DEFENDANT


                              ORDER


     AFTER A MEDICAL MALPRACTICE TRIBUNAL HEARING IN SUFFOLK

SUPERIOR COURT:

     THE ABOVE ENTITLED ACTION IS HEREBY ORDERED RETURNED TO

THE United States District Court  : DOCKET #05-10842-WGY

     (SEE P. 16 NO PAYMENT HAS BEEN MADE IN SUFFOLK SUPERIOR COURT)

                              BY THE COURT, (Botsford, J.)

                                       ASST. CLERK


DATED: December 13, 2005

Notice sent 12/13/05
G.G.
S+W - CRD
           pc
          12|16

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.  SUPERIOR COURT
CIVIL ACTION
NO. 05-2334-E

Notice sent
10/26/2005
C. R. D.
S. & W.
G. G.

(sc)

GERTRUDE GOROD,
Plaintiff

vs.

MASSACHUSETTS GENERAL HOSPITAL et al.,
Defendants

## ORDER

A medical malpractice tribunal was conducted today in this case in accordance with G.L. c. 231, § 60B, at which the undersigned judge was the judicial member. The plaintiff, who is appearing *pro se*, neither appeared at the tribunal nor submitted an offer of proof. In view of this failure of proof, the tribunal found in favor of the defendants and the plaintiff therefore must file a bond with the Clerk of Court to avoid dismissal of her complaint. See G.L. c. 231, § 60B. Defense counsel orally moved at the hearing that the amount of the bond be more than the $6,000 mandated by the statute, citing Denton v. Beth Israel Hospital, 392 Mass. 277 (1984). In view of the principles set forth in Denton, this Court finds, in its discretion, that the amount of the bond that should be filed in this action is $12,000, twice the statutory amount.

This Court therefore **ORDERS** that this action shall be dismissed if the plaintiff fails, within thirty days of this Order, to post a bond in the amount of $12,000.

Ralph D. Gants
Justice of the Superior Court

DATE:  October 24, 2005

MASXP-20050816           **Commonwealth of Massachusetts**           12/13/2005
carangel           **SUFFOLK SUPERIOR COURT**           02:10 PM
          Case Summary
          Civil Docket

## SUCV2005-02334
## Gorod v Massachusetts General Hospital et al

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 06/09/2005 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 12/13/2005 | **Session** | E - Civil E, 3 Pemberton Sq, Boston | | |
| **Origin** | 91 | **Case Type** | Z01 - Med malpractice hrg only (231,60B) | | |
| **Lead Case** | | **Track** | X | | |
| **Service** | | **Answer** | | **Rule12/19/20** | |
| **Rule 15** | | **Discovery** | | **Rule 56** | |
| **Final PTC** | | **Disposition** | 01/05/2006 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Gertrude Gorod
P O Box 856
Everett, MA 02149
Active 06/09/2005 Notify

**Defendant**
Massachusetts General Hospital
Answered: 06/09/2005
Answered 06/09/2005

    **Private Counsel 555937**
    Curtis R Diedrich
    Sloane & Walsh
    3 Center Plaza
    8th Floor
    Boston, MA 02108
    Phone: 617-523-2950
    Fax: 617-227-0927
    Active 06/09/2005 Notify

**Defendant**
Dr William Binder
Answered: 06/09/2005
Answered 06/09/2005

    \*\*\* See Attorney Information Above \*\*\*

**Defendant**
James W McCarthy
Answered: 06/09/2005
Answered 06/09/2005

    \*\*\* See Attorney Information Above \*\*\*

Case 1:05-cv-10842-WGY   Document 16-2   Filed 12/16/2005   Page 2 of 4

MASXP-20050816
carangel

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

12/13/2005
02:10 PM

## SUCV2005-02334
### Gorod v Massachusetts General Hospital et al

**Defendant**
Erik Norenika
Answered: 06/09/2005
Answered 06/09/2005

*** See Attorney Information Above ***

**Defendant**
Susan Warchal
Answered: 06/09/2005
Answered 06/09/2005

*** See Attorney Information Above ***

**Defendant**
Diplomat
Service pending 06/09/2005

**Defendant**
Caruso Music
Service pending 06/09/2005

**Defendant**
Lawrence Caruso
Service pending 06/09/2005

---

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 06/09/2005 | | Medical malpractice hearing only (231,60B); docket #05-10842-WGY pending in U.S. District Court |
| 06/09/2005 | | Origin 91, Type Z01, Track X. |
| 06/09/2005 | 1.0 | Copy of Complaint & Jury demand |
| 06/09/2005 | 2.0 | Copy of ANSWER & Jury demand: Defendant Massachusetts General Hospital (all issues) |
| 06/09/2005 | 3.0 | Copy of ANSWER & Jury demand: Defendant Dr William Binder (all issues) |

MASXP-20050816     **Commonwealth of Massachusetts**     12/13/2005
carangel     SUFFOLK SUPERIOR COURT     02:10 PM
Case Summary
Civil Docket

## SUCV2005-02334
### Gorod v Massachusetts General Hospital et al

| Date | Paper | Text |
|---|---|---|
| 06/09/2005 | 4.0 | Copy of ANSWER & Jury demand: Defendant James W McCarthy (all issues) |
| 06/09/2005 | 5.0 | Copy of ANSWER & Jury demand: Defendant Erik Norenika (all issues) |
| 06/09/2005 | 6.0 | Copy of ANSWER & Jury demand: Defendant Susan Warchal (all issues) |
| 06/09/2005 | 7.0 | Copy of Defendant Massachusetts General Hospital, Dr William Binder, James W McCarthy, Erik Norenika & Susan Warchal's MOTION to Transfer the claims against them to the Massachusetts Superior Court for the purpose of convening a Medical Malpractice Tribunal pursuant to M.G.L. Ch. 231, Sec. 60B - Motion Allowed. Case ordered administratively closed until the report of the medical malpractice tribunal is received. (William G. Young, Chief Judge) |
| 06/09/2005 | 8.0 | Copy of ORDER: Pursuant to the Order entered June 6, 2005, this case is hereby referred to the Massachusetts Superior Court for the purpose of convening a medical malpractice tribunal. (Young, C.J.) |
| 06/09/2005 | 9.0 | Attested copy of docket entries received from U.S. District Crt |
| 06/09/2005 | 10.0 | Civil action cover sheet re: Malpractice |
| 10/31/2005 | 11.0 | Medical malpractice tribunal report: as to Massachusetts General Hospital that there is not sufficient evidence to raise a legitimate question as to liability appropriate for judicial inquiry. (Ralph Gants, Justice) Copies mailed 10/26/2005 (entered 10/24/05) |
| 10/31/2005 | 12.0 | Medical malpractice tribunal report: as to Erik Norenika that there is not sufficient evidence to raise a legitimate question as to liability appropriate for judicial inquiry. (Ralph Gants, Justice) Copies mailed 10/26/2005 (entered 10/24/05) |
| 10/31/2005 | 13.0 | Medical malpractice tribunal report: as to Dr William Binder that there is not sufficient evidence to raise a legitimate question as to liability appropriate for judicial inquiry. (Ralph Gants, Justice) Copies mailed 10/26/2005 (entered 10/24/05) |
| 10/31/2005 | 14.0 | Medical malpractice tribunal report: as to James W McCarthy that there is not sufficient evidence to raise a legitimate question as to liability appropriate for judicial inquiry. (Ralph Gants, Justice) Copies mailed 10/26/2005 (entered 10/24/05) |
| 10/31/2005 | 15.0 | Medical malpractice tribunal report: as to Susan Warchal that there is not sufficient evidence to raise a legitimate question as to liability appropriate for judicial inquiry. (Ralph Gants, Justice) Copies mailed 10/26/2005 (entered 10/24/05) |
| 10/31/2005 | 16.0 | ORDER that this action shall be dismissed if the plff fails, within 3o days of this order, to post a bond in the amount of $12,000.00 (Ralph Gants, Justice) (entered 10/24/05) notice sent 10/26/05 |
| 12/13/2005 | 17.0 | ORDER: After a Medical Malpractice Tribunal hearing in Suffolk Superior Court: The above entitled action is hereby Ordered returned to the United States District Court: Docker #05-10842-WGY, (Botsford, J.) Notice sent 12/13/05 |
| 12/13/2005 | | TRANSFERRED TO USDC |

**EVENTS**

MASXP-20050816  **Commonwealth of Massachusetts**  12/13/2005
carangel  SUFFOLK SUPERIOR COURT  02:10 PM
Case Summary
Civil Docket

### SUCV2005-02334
### Gorod v Massachusetts General Hospital et al

| Date | Session | Event | Result |
|---|---|---|---|
| 10/24/2005 | Civil E, 3 Pemberton Sq, Boston | Malpractice tribunal held in Room 1017 | Event held as scheduled |

I HEREBY ATTEST AND CERTIFY ON
12-13-05 THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: [signature]